**FILED**

JUN 0 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOY SIMMONDS,

    Plaintiff,

v.

SAN LEANDRO COLLECTION SERVICE, et al.,

    Defendants.

No. C 05-0268 MHP

ORDER GRANTING REQUEST FOR MS. MARTINEZ TO APPEAR BY TELEPHONE AT MEDIATION AND DENYING REQUEST FOR MR. HARRIS TO APPEAR BY TELEPHONE AT MEDIATION

    The Court has received and reviewed defendants' request, filed June 3, 2005, that defendant Elizabeth Martinez and insurance carrier representative Shawn Harris be excused from appearing in person for the mediation currently scheduled for June 20, 2005, and plaintiff's opposition thereto, lodged June 7, 2005. Pursuant to that review, the Court hereby GRANTS the request as to Ms. Martinez and DENIES the request as to Mr. Harris.

    IT IS SO ORDERED.

Dated: June 8, 2005

                                        WAYNE D. BRAZIL
                                        United States Magistrate Judge

Copies to: ADR, neutral, WDB, stats, parties, MHP.

1