FILED

SEP - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  WILLIAM A. WINEBERG (SBN 54827)
   TOMIO B. NARITA (SBN 156576)
2  WINEBERG, SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3880
3  San Francisco, CA 94104-4811
   Telephone: (415) 352-2200
4  Facsimile:  (415) 352-2222

5  Attorney for Plaintiffs
   Joy Simmonds and all others similarly situated
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 | JOY SIMMONDS, an individual, on behalf of herself and all others similarly situated, | CASE NO.: 3:05-cv-00268 MHP
13 | | STIPULATION AND [PROPOSED]
   | | ORDER RE DISMISSAL OF
14 | Plaintiffs, | DEFENDANTS SR2, LLC dba SAN
   | | LEANDRO COLLECTION
15 | vs. | SERVICE, RAYMOND J.
   | | McNAUGHTON, and ELIZABETH
16 | SAN LEANDRO COLLECTION | MARTINEZ, aka ELIZABETH
   | SERVICE, an unknown business entity; | LUCIO
17 | SR2, LLC, a California Limited Liability
   | Company; SAN LEANDRO
18 | COLLECTION SERVICE, INC., a
   | California Corporation; RAYMOND J. | The Honorable Marilyn Hall Patel
19 | McNAUGHTON, an individual doing
   | business as San Leandro Collection
20 | Service, Inc., San Leandro Collection
   | Service, SR2 LLC and Strategic
21 | Receivable Resolution; CATHOLIC
   | HEALTHCARE WEST, a California
22 | non-profit corporation, ELIZABETH
   | LUCIO, an individual, and DOES 1
23 | through 10,
24 | Defendants.
25

26

27

28

SIMMONDS V. SAN LEANDRO COLLECTION SERVICE et al.
Dismissal As To SR2, McNaughton & Lucio                                    E-filing

The undersigned parties, by and through their counsel of record, hereby stipulate and agree to the dismissal with prejudice of the claims asserted by plaintiff Joy Simmonds on her own behalf in this action with respect to the following defendants:

1. SR2, LLC, dba San Leandro Collection Service
2. Raymond J. McNaughton
3. Elizabeth Martinez, aka Elizabeth Lucio.

DATED: September 2, 2005

WINEBERG, SIMMONDS & NARITA LLP
WILLIAM A. WINEBERG
TOMIO B. NARITA

By: _____/s/_____

Tomio B. Narita
Attorneys for Plaintiff Joy Simmonds

DATED: September 2, 2005

MURPHY, PEARSON, BRADLEY & FEENEY
MARK ELLIS
JUNE COLEMAN

By: _____/s/_____

June Coleman
Attorneys for Defendants SR2 LLC dba San Leandro Collection Service, Raymond J. McNaughton and Elizabeth Lucio

SO ORDERED. 9/6/05

By: _____
Honorable Marilyn Hall Patel
United States District Judge

SIMMONDS V. SAN LEANDRO COLLECTION SERVICE et al.
Dismissal As To SR2, McNaughton & Lucio

2