WILLIAM A. WINEBERG (SBN 54827)
TOMIO B. NARITA (SBN 156576)
WINEBERG, SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104-4811
Telephone: (415) 352-2200
Facsimile:   (415) 352-2222

Attorney for Plaintiffs
Joy Simmonds and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY SIMMONDS, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SAN LEANDRO COLLECTION SERVICE, an unknown business entity; SR2, LLC, a California Limited Liability Company; SAN LEANDRO COLLECTION SERVICE, INC., a California Corporation; RAYMOND J. McNAUGHTON, an individual doing business as San Leandro Collection Service, Inc., San Leandro Collection Service, SR2 LLC and Strategic Receivable Resolution; CATHOLIC HEALTHCARE WEST, a California non-profit corporation, ELIZABETH LUCIO, an individual, and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO.: 3:05-cv-00268 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF DEFENDANT CATHOLIC HEALTHCARE WEST**<br><br>The Honorable Marilyn Hall Patel |

The undersigned parties, by and through their counsel of record, hereby stipulate and agree to the dismissal with prejudice of the claims asserted by plaintiff Joy Simmonds on her own behalf in this action with respect to defendant Catholic Healthcare West, with each party to bear its own fees and costs:

DATED: November 3, 2006  WINEBERG, SIMMONDS & NARITA
WILLIAM A. WINEBERG
TOMIO B. NARITA

By: _____/s/_____
Tomio B. Narita
Attorneys for Plaintiff Joy Simmonds

DATED: November 3, 2006  LATHAM & WATKINS
DARIUS OGLOZA
ELISSA J. GERMAINE

By: _____/s/_____
Attorneys for Defendant Catholic Healthcare West

SO ORDERED.

By:_____ 12/19/06
Honorable Marilyn H. Patel
United States District Judge

SIMMONDS V. SAN LEANDRO COLLECTION SERVICE et al.
Dismissal As To SR2, McNaughton & Lucio

2