1  WILLIAM A. WINEBERG (SBN 54827)
   TOMIO B. NARITA (SBN 156576)
2  WINEBERG, SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3880
3  San Francisco, CA 94104-4811
   Telephone: (415) 352-2200
4  Facsimile:   (415) 352-2222

5  Attorney for Plaintiffs
   Joy Simmonds and all others similarly situated
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JOY SIMMONDS, an individual, on behalf of herself and all others similarly situated, | CASE NO.: 3:05-cv-00268 MHP |
| 13 | |
| 14                    Plaintiffs, | **NOTICE OF DISMISSAL OF DEFENDANT SAN LEANDRO COLLECTION SERVICE, INC.** |
| 15            vs. | |
| 16  SAN LEANDRO COLLECTION SERVICE, an unknown business entity; SR2, LLC, a California Limited Liability Company; SAN LEANDRO COLLECTION SERVICE, INC., a California Corporation; RAYMOND J. McNAUGHTON, an individual doing business as San Leandro Collection Service, Inc., San Leandro Collection Service, SR2 LLC and Strategic Receivable Resolution; CATHOLIC HEALTHCARE WEST, a California non-profit corporation, ELIZABETH LUCIO, an individual, and DOES 1 through 10, | The Honorable Marilyn Hall Patel |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24                    Defendants. | |

25

26

27

28

SIMMONDS V. SAN LEANDRO COLLECTION SERVICE et al.

1 | Plaintiff hereby dismisses without prejudice the claims asserted in this action with
2 | respect to defendant San Leandro Collection Service, Inc.
3 |
4 | DATED:   December 29, 2006                WINEBERG, SIMMONDS & NARITA LLP
                                              WILLIAM A. WINEBERG
5 |                                           TOMIO B. NARITA
6 |
7 |
8 |                                           By:      /Tomio B. Narita/
9 |                                              Tomio B. Narita
                                                Attorneys for Plaintiff Joy Simmonds



IT IS SO ORDERED
Judge Marilyn H. Patel
01/03/07
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA